**HOWARD NATIONAL BANK AND TRUST COMPANY,** a national banking corporation, et al., v. **ALBERT I. LODWICK.**

10 So. (2nd) 429             Division B
November 10, 1942

Leitner & Leitner and W. E. Leitner, for petitioners.

Thos. W. Bryant and E. Snow Martin, for respondent.

PER CURIAM:

A careful study of the record in this case has not clearly revealed error on the part of the chancellor in denying the motion to strike parts of the bill of complaint and to dismiss the pleading, therefore, petition for certiorari is—

Denied.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.